**Emmett F. DUNN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42001.**

Missouri Court of Appeals,
Western District.

Dec. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1990.

Larry C. Pace, Kansas City, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**SOUTHWESTERN BELL MEDIA, Respondent,**

v.

**Willie COLLINS, d/b/a Little Wills Auto Salvage, Appellant.**

**No. WD 41681.**

Missouri Court of Appeals,
Western District.

Dec. 26, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1990.

Richard L. Colbert, Kansas City, for appellant.

Jill K. Shipman, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal by defendant from money judgment in favor of plaintiff on petition on account.

Affirmed. Rule 84.16(b).